Minutes of the United States District Court
Southern District of California
DECEMBER 27, 2007

HON. JAN M. ADLER                    DEPUTY CLERK: R. RHONE

TAPE NO. JMA07-01-14:41-14:44

07cr3334-L           USA       vs.       JUAN VALDERRAMA-ORTIZ (C)

CHANGE OF PLEA

                                          MICHAEL MCCABE, CJA

                                          AUSA: JAMES MELENDRES

GOVT'S ORAL MOTION TO DISMISS CASE - GRANTED
INDICTMENT FILED IN 07CR3477-L
ABSTRACT ISSUED TO USM

1 MINUTE