UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 28 AM 11:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JUAN VALDERRAMA-ORTIZ,<br><br>　　　　　　Defendant. | CASE NO. 07cr3334<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1325__

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/27/07

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAN M. ADLER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE


ENTERED ON _____