# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

UNITED STATES OF AMERICA )

vs )

CASE NUMBER 07cr3334-L

2007 DEC 27 A 9:00

ABSTRACT OF ORDER

Juan Valderrama-Ortiz )

Booking No. 72166208

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____12/27/07_____

the Court entered the following order:

___X___ Defendant be released from custody. as to this case only

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release

and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for_____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

___X___ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

___X___ Other. dft pending charges in 07cr3477-L;
Do Not release dft.

JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

OR

Received_____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by
_____Rhea S Rhone_____
Deputy Clerk

Crim-9    (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**